IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

KEVIN JONES,

    Plaintiff,

v.                                        Case No.: 1:23-cv-02048-SCJ

BITPAY, INC.,

    Defendant.
_____/

## **PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff, KEVIN JONES, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by stipulation of Defendant, BITPAY, INC., by and through its undersigned counsel, hereby voluntarily dismiss this action, with each side bearing its own costs and fees.

Dated this 23rd day of January, 2024.

| | |
|---|---|
| FISCHER REDAVID PLLC | ARNALL GOLDEN GREGORY LLP |
| 3975 Roswell Road NE | 171 NW 17th Street NW |
| Suite 3 | Suite 2100 |
| Atlanta, GA 30342 | Atlanta, GA 30363 |
| Phone: (404) 287-2856 | Phone: (404) 873-8536 |
| Fax: (954) 860-8434 | Fax: (404) 873-8537 |
| Service@YourChampions.com | Edward.Marshall@agg.com |
| | |
| /s/ Jordan Redavid Esq. | /s/ Edward Marshall |
| **JORDAN REDAVID, ESQ.** | **EDWARD A. MARSHALL** |
| Georgia Bar No. 628049 | Georgia Bar No. 471533 |
| *Counsel for Plaintiff* | *Lead Counsel for Defendant* |

## CERTIFICATE OF SERVICE

The attorney whose signature appears below certifies that he has on this date served Plaintiff with Defendant BitPay, Inc.'s Initial Disclosures by sending the same via electronic mail to:

Edward A. Marshall, Esq.
Aaron M. Danzig, Esq.
Morgan E. M. Harrison, Esq.
Arnall Golden Gregory, LLP
edward.marshall@agg.com
aaron.danzig@agg.com
morgan.harrison@agg.com

Served this 23rd day of January, 2024.

FISCHER REDAVID PLLC
3975 Roswell Road NE
Suite 3
Atlanta, GA 30342
Phone: (404) 287-2856
Fax: (954) 860-8434
Service@YourChampions.com

/s/ Jordan Redavid Esq.
**JORDAN REDAVID, ESQ.**
Georgia Bar No. 628049
*Counsel for Kevin Jones*